THE HONORABLE BRIAN D LYNCH
CHAPTER 13
TACOMA, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:                                        )   No. 12-47888
                                              )
    DENNIS CORY, &                          )
    CHRISTINE CORY                          )
                                              )   DECLARATION
                                              )   RE: DEBTOR'S PAYMENT HISTORY
                                              )
_____ )

    I, Brealynn Newell, hereby declare that the following statements are true and correct to the best of my knowledge, and am subject to penalty of perjury under the laws of the United States:

1. That I am over the age of eighteen, a resident of the United States of America, and otherwise competent to provide the following testimony from my personal knowledge;

2. That I am employed by David M. Howe, Standing Chapter 13 Trustee charged with administering Debtor's instant bankruptcy estate

2. That I am the case administrator assigned to the above-captioned case;

3. That, according to our records, Debtor has failed to make all payments as required by their plan;

4. That, as of today's date, Debtor's payment delinquency stands at $8,380.63, pursuant to the below payment history:

5.

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 12/2012 | $1,524.38 | $381.09 | | $1,143.29 |
| 2 | 1/2013 | $3,429.86 | $3,810.95 | | $762.20 |
| 3 | 2/2013 | $3,048.76 | $3,429.86 | | $381.10 |
| 4 | 3/2013 | $3,429.85 | $3,048.76 | | $762.19 |
| 5 | 4/2013 | $3,048.76 | $3,429.86 | | $381.09 |

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

Declaration    1

| | | | | | |
|---|---|---|---|---|---|
| 6  | 5/2013  | $3,810.95 | $3,048.75 | | $1,143.29 |
| 7  | 6/2013  | $2,667.67 | $3,429.86 | | $381.10   |
| 8  | 7/2013  | $3,810.95 | $3,830.50 | | $361.55   |
| 9  | 8/2013  | $3,048.76 | $3,064.40 | | $345.91   |
| 10 | 9/2013  | $3,429.85 | $2,679.40 | | $1,096.36 |
| 11 | 10/2013 | $3,429.86 | $3,830.50 | | $695.72   |
| 12 | 11/2013 | $3,048.76 | $3,064.40 | | $680.08   |
| 13 | 12/2013 | $3,429.85 | $3,064.40 | | $1,045.53 |
| 14 | 1/2014  | $3,429.86 | $3,060.50 | | $1,414.89 |
| 15 | 2/2014  | $3,048.76 | $2,679.40 | | $1,784.25 |
| 16 | 3/2014  | $3,429.85 | $3,239.40 | | $1,974.70 |
| 17 | 4/2014  | $3,429.86 | $3,105.50 | | $2,299.06 |
| 18 | 5/2014  | $3,048.76 | $3,124.40 | | $2,223.42 |
| 19 | 6/2014  | $3,429.85 | $2,343.30 | | $3,309.97 |
| 20 | 7/2014  | $3,429.86 | $3,200.00 | | $3,539.83 |
| 21 | 8/2014  | $3,048.76 | $800.00   | | $5,788.59 |
| 22 | 9/2014  | $3,429.85 | $1,600.00 | | $7,618.44 |
| 23 | 10/2014 | $762.19   |           | | $8,380.63 |

6. That I will provide any further information required by the Court to assist in its adjudication of the issues presented in Trustee's Motion to Dismiss.

DATED this 7th day of October, 2014.

/s/Brealynn Newell
BREALYNN NEWELL
Case Administrator

Declaration 2

David M. Howe
Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600