| | |
|---|---|
| Dallas W. Jolley<br>Attorney at Law<br>4707 South Junett St., Suite B<br>Tacoma, WA 98409<br>Office (253) 761-8970<br>Fax: (253) 761-7910 | The Honorable Judge Brian Lynch<br>Chapter 13<br>Location: U.S. Courthouse Tacoma, WA<br>Courtroom I<br>Hearing Date: December 17, 2014<br>Hearing Time: 1:30 P.M.<br>Response Date: December 10, 2014 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>DENNIS CORY, and CHRISTINE CORY,<br><br>Debtor | Case No.: 12-47888-BDL<br><br>CHAPTER 13<br><br>DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE |

COMES NOW, The Debtors, Dennis and Christine Cory, by and through their attorney of record Dallas W. Jolley, Jr., to submit this response the Chapter 13 Trustee's Motion to dismiss. The Debtors respectfully requests that the Court deny the Trustees motion to dismiss, and states the following in support:

1. The Debtors have made numerous payments since the Motion to Dismiss was filed. The Debtors made a payment of $7,200 dollars on October 20, 2014 and an additional payment of $2,000 dollars on November 19, 2014.

2. The Debtors are going to continue to address the arrears and make regular payments to fund the plan. If necessary the Debtors are agreeable to filing a modified plan to address the arrears.

DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS
PAGE 1 of 2

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

3. The Debtors wish to remain inside the chapter 13 bankruptcy and will continue to make the chapter 13 payments.

THEREFORE ,it is respectfully requested that the Court deny the trustees motion to dismiss at this time.

Dated December 10, 2014.

/s/ Dallas W. Jolley

Dallas W. Jolley WSBA# 22957
Attorney for Debtors
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS
PAGE 2 of 2

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

Case 12-47888-BDL    Doc 24    Filed 12/10/14    Ent. 12/10/14 15:29:17    Pg. 2 of 2