Dallas W. Jolley
Attorney at Law
4707 South Junett St., Suite B
Tacoma, WA 98409
Office (253) 761-8970
Fax: (253) 761-7910

The Honorable Judge Lynch
Chapter 13

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

DENNIS M CORY, JR. and CHRISTINE L. CORY,

Debtors

Case No.: 12-47888

CHAPTER 13

SUPPLEMENTAL DECLARATION OF DEBTORS IN SUPPORT OF MOTION MODIFY CHAPTER 13 PLAN

WE, Dennis and Christine Cory, the Debtors in the above captioned chapter 13 proceeding declare the following to be true and correct under the penalties of perjury of the State of Washington and we Submit this Supplemental Declaration in Support of the Motion to Modify Chapter 13 Plan and to request the Court approve the Motion to Modify and Modified Chapter 13 Plan filed February 6, 2015.

1. We submit this supplemental declaration in support of the Motion to Modify Chapter 13 plan, and in support of the modified plan filed February 6, 2015 which should address the concerns of the chapter 13 trustee.

2. We also submit this Supplemental declaration in support of the Motion to Approve Modification to address the concerns of the secured creditor's objection to motion to modify.

SUPPLEMENTAL DECLARATION OF DEBTORS
IN SUPPORT OF MOTION TO MODIFY
CHAPTER 13 PLAN
PAGE 1 of 3

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

3. We have made arrangements with the Chapter 13 Trustee to have the total trustee payments directly withheld from Denis Michael Corry's pay going forward. This will ensure that the plan is fully funded and that payments are timely and complete.

4. Additionally we have made a direct payment to the trustee in January 2015 in the amount of $3,412.81. Any other arrears or shortages will be address through the modified chapter 13 plan, which continues to pay the secured and unsecured creditors in full over the remaining life of the plan.

5. I, Dennis M. Cory, receive commissions from my employer. The commissions are not guaranteed, but they have frequently been close to a $1,000 per month. My company was just awarded a large project that will provide me with additional monthly commissions over the next four years. I have reviewed the project and I plan to receive an average of $700 dollars in additional commission per month for the duration of the project.
This additional income provides assurances that we will have the necessary funds to fund this chapter 13 plan.

6. I, Dennis M. Corry also receive a vehicle cost reimbursement that assists with costs and expenses.

7. I, Christine L. Cory, am actively in the process of obtaining employment. Previously I was working for RFI Communications & Security Systems for seven plus years as a Service administrator. I believe these skills are transferable and I will continually seek employment. In the interim we will tighten our budget accordingly.

SUPPLEMENTAL DECLARATION OF DEBTORS
IN SUPPORT OF MOTION TO MODIFY
CHAPTER 13 PLAN
PAGE 2 of 3

Dallas W. Jolley, Attorney at Law
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

Case 12-47888-BDL    Doc 34    Filed 02/06/15    Ent. 02/06/15 17:22:15    Pg. 2 of 3

8. With the direct withholdings of the trustee payment we will be consistently making our payments and we assert that the modified plan and motion to approve modified plan are in our best interest and that we will be successful with our chapter 13 plan going forward.

Dated this 6th Day of February 2015 in Pierce, County Washington.

/s/ Dennis Cory
Dennis Cory, Debtor

Christine Cory
Christine Cory, Debtor

SUPPLEMENTAL DECLARATION OF DEBTORS
IN SUPPORT OF MOTION TO MODIFY
CHAPTER 13 PLAN
PAGE 3 of 3

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910